# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DEAN STEPHENS, | ) | No. CV 13-5541-DMG (PLA) |
|         Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| DIRECTOR OF CDCR, | ) | |
|         Respondent. | ) | |

Pursuant to the order accepting the Magistrate Judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 17, 2015

                                                      DOLLY M. GEE
                                     UNITED STATES DISTRICT JUDGE